UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 MAY -3  PM 2: 27

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W/D OF TN, MEMPHIS

SMITH & NEPHEW, INC.,                    )
                                         )
            Plaintiffs,                  )
                                         )
    v.                                   )        Civil Action No. 02-2455-B
                                         )
FEDERAL INSURANCE CO.,                   )
                                         )
            Defendant.                   )

---

### ORDER MODIFYING RULE 16(b) SCHEDULING ORDER

---

On unopposed motion by plaintiff Smith & Nephew, Inc., presenting adequate cause, the Amended Rule 16(b) Scheduling Order previously entered in this action on November 23, 2004 (Doc. 57) is amended with respect to the following pre-trial stage deadlines, as here stated:

Plaintiff's and defendant's expert disclosure (Rule 26):  June 15, 2005

Expert depositions:  July 15, 2005

Filing dispositive motions:  July 15, 2005

All other provisions of said Scheduling Order remain unchanged.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

May 7, 2005
DATE OF SIGNATURE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Honorable J. Breen
US DISTRICT COURT