IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SMITH & NEPHEW, INC.,

    Plaintiff,

v.                           No. 02-2455 B

FEDERAL INSURANCE CO.,

    Defendant.

---

ORDER AFFIRMING DECISION OF THE MAGISTRATE JUDGE

---

On March 24, 2005, Magistrate Judge S. Thomas Anderson entered an order granting the motion of the Defendant, Federal Insurance Co., to file an amended answer. Following entry of the order, objections were filed by the Plaintiff, Smith & Nephew, Inc., to which the Defendant has responded. Upon a review of all of the relevant pleadings, the Court concludes that the magistrate judge's findings were neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a). Accordingly, the Defendant's objections are OVERRULED and the magistrate judge's order is AFFIRMED.

**IT IS SO ORDERED** this ___ day of May, 2005.

                              J. DANIEL BREEN
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-3-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT