IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SMITH & NEPHEW, INC.,

    Plaintiff,

v.                                                    No. 02-2455-B

FEDERAL INSURANCE COMPANY,

    Defendant.

## ORDER CORRECTING ORDER AFFIRMING DECISION OF THE MAGISTRATE JUDGE

On May 3, 2005, the Court entered an order affirming the March 24, 2005, decision of the magistrate judge granting the motion of the Defendant, Federal Insurance Company, to file an amended answer. Although the Court agreed with the magistrate judge's determination, its order stated that the "Defendant's" objections were overruled when the order should have read that the "Plaintiff's" objections were overruled.

Accordingly, the May 3, 2005 order is corrected to reflect that the Plaintiff's objections were overruled and that in all other respects, the magistrate judge's order is affirmed.

**IT IS SO ORDERED** this 20th day of May, 2005.

        J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT