IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C

05 JUN -8 PM 4: 1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No.   02-2455 B/An |
| FEDERAL INSURANCE CO., | ) ) ) | |
| Defendant. | ) | |

### ORDER SETTING HEARING

Before the Court is Defendant's Motion to Compel filed on May 2, 2005. United States District Judge J. Daniel Breen referred this matter to the Magistrate Judge for determination. After consideration, it is **ORDERED** that a hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, JUNE 21, 2005 at 11:00 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 08, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Honorable J. Breen
US DISTRICT COURT