UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 JUN 20 AM 10: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| SMITH & NEPHEW, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-2455-B |
| ) | |
| FEDERAL INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

ORDER MODIFYING RULE 16(b) SCHEDULING ORDER

On unopposed motion by plaintiff Smith & Nephew, Inc., presenting adequate cause, the Amended Rule 16(b) Scheduling Order previously entered in this action on November 23, 2004 (Doc. 57), as previously modified on May 3, 2005 (Doc. 79), is amended with respect to the following pre-trial stage deadlines, as here stated:

Plaintiff's and defendant's expert disclosure (Rule 26): July 8, 2005

Expert depositions: August 5, 2005

Filing dispositive motions: August 5, 2005*

All other provisions of said Scheduling Order remain unchanged.

\* The Court cannot ensure that dispositive motions filed on this date and to which responses will not be due until early September will be ruled on before the current trial date.

513950.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-20-05

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

June 17, 2005
_____
DATE OF SIGNATURE

513950.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Honorable J. Breen
US DISTRICT COURT