UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP 27 AM 11: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SMITH & NEPHEW, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 02-2455-B |
| | ) (Regarding motion referred to |
| FEDERAL INSURANCE CO., | ) Magistrate Judge Anderson) |
| Defendant. | ) |

## ORDER ENLARGING TIME

On unopposed motion by plaintiff Smith & Nephew, Inc., presenting adequate cause, the original time period for plaintiff to file and serve its response to the Motion in Limine filed by defendant Federal Insurance Company on September 2, 2005 is enlarged by seven (7) calendar days, to and including September 26, 2005

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

_September 26, 2005_
DATE OF SIGNATURE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-27-05

520880.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT