UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ O.C.

05 SEP 28 AM 10: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-2455-B |
| | ) | |
| FEDERAL INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING LEAVE FOR REPLY MEMORANDUM SUPPORTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Smith & Nephew has filed a motion for partial summary judgment and supporting memorandum, and defendant Federal has filed an opposing memorandum. On September 27, 2005, plaintiff filed a motion for leave to file a reply memorandum further supporting its motion for partial summary judgment, with such reply memorandum attached. Plaintiff's motion includes a certificate that counsel have conferred in compliance with Local Rule 7, resulting in agreement that defendant does not oppose this motion provided plaintiff does not oppose defendant receiving leave for a sur-reply, which was agreed.

It is therefore ORDERED that plaintiff is granted leave to file the "PLAINTIFF SMITH & NEPHEW, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT" attached to its September 27, 2005 motion for leave, and said Reply Memorandum shall be deemed filed upon entry of this Order.

521415.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-28-05

112

_____
UNITED STATES DISTRICT JUDGE

9/28/05
_____
DATE OF SIGNATURE

521415.1

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT