IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 5: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **SMITH & NEPHEW, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  02-2455 B/A |
| | ) | |
| **FEDERAL INSURANCE CO.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY

Before the Court is Plaintiff's Motion for Leave to File Reply Memorandum Supporting Motion to Compel Discovery filed on August 16, 2005. For good cause shown, the motion is **GRANTED**. Plaintiff shall file their Reply with the Court within 10 days of entry of this Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 05, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-6-05

1

(114)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Honorable J. Breen
US DISTRICT COURT