FILED BY D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC -5  AM 10: 33

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.

No. 02-2455 B

FEDERAL INSURANCE CO.,

    Defendant.

---

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

---

Before the Court is Plaintiff Smith & Nephew, Inc.'s motion to compel filed on July 29, 2005. The Court referred the matter to Magistrate Judge S. Thomas Anderson. On November 14, 2005, the magistrate judge entered a report and recommended that the motion be granted. According to the Court's docket, no objections to the report and recommendation have been filed. A party who disagrees with the proposed findings and recommendations must file written objections within ten days of service of the recommendations. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based upon a de novo review of the record and the lack of any objections, the Court ADOPTS the report and recommendation in full.

IT IS SO ORDERED this 5th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-5-05

128

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 2:02-CV-02455 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

William B. Jakes
HOWELL & FISHER
300 James Robertson Pkwy
Nashville, TN 37201--110

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Honorable J. Breen
US DISTRICT COURT